E-FILED
Friday, 03 October, 2014  04:25:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BAILEY KALOUPEK, | ) |
|     Plaintiff, | ) |
| vs. | ) No. 14-4060-SLD-JEH |
| WESTERN ILLINOIS UNIVERSITY, JACK THOMAS, JAMES TOMMY BELL, LISA MELZ-JENNINGS, LAURA DEBRULER, BRIDGET MURPHY and APRIL HALL, | ) |
|     Defendants. | ) |

## MOTION TO DISMISS COUNT III

Defendant, WESTERN ILLINOIS UNIVERSITY, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this honorable Court to dismiss Count III of plaintiff's complaint.

In support thereof, it is stated:

1. Count III of plaintiff's complaint is brought pursuant to 42 U.S.C. §1983.

2. Western Illinois University is an arm of the State and is not a "person" subject to liability under 42 U.S.C. §1983.

3. Count III of plaintiff's complaint is barred by the Eleventh Amendment to the Constitution of the United States.

WHEREFORE, defendant, WESTERN ILLINOIS UNIVERSITY, respectfully requests that this honorable Court grant its motion to dismiss Count III of plaintiff's

complaint.

        Respectfully submitted,

        WESTERN ILLINOIS UNIVERSITY,

            Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois,

            Attorney for Defendant,

        By:    s/Terence J. Corrigan
                 Terence J. Corrigan, #6191237
                 Assistant Attorney General
                 Attorney for Defendants
                 Office of the Attorney General
                 500 South Second Street
                 Springfield, IL  62706
                 Telephone:  (217) 782-5819
                 Facsimile:  (217) 524-5091
                 tcorrigan@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2014, I electronically filed Motion to Dismiss Count III with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew P. Pappas
mpappas@pdoflegal.com

Karen L. McNaught
kmcnaught@atg.state.il.us

Respectfully submitted,

s/Terence J. Corrigan
Terence J. Corrigan
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
tcorrigan@atg.state.il.us